Entered on Docket
April 08, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

_____

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No.  ******1698 / Our File No. 10-02-2219-NV

Attorney for Secured Creditor
JPMORGAN CHASE BANK, N.A., AKA CHASE AUTO FINANCE CORP. ITS ASSIGNEES
AND/OR SUCCESSORS IN INTEREST

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | |
|---|---|
| ROSAURO CHAVEZ DABU AND IMELDA G. DABU | CHAPTER 7 |
| | BANKRUPTCY NO.: 10-11920-MKN |
| | DATE: March 24, 2010 |
| Debtor(s) | TIME: 01:30 PM |

**ORDER TERMINATING THE AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is terminated as to Secured Creditor, JPMORGAN CHASE BANK, N.A., AKA CHASE AUTO FINANCE CORP, its assignees and/or successors in interest,

///

1 | regarding the subject Property, generally described as 2008 SUBARU IMPREZA
2 | VIN# JF1GH61658H821157.

3

4 | Submitted by:

5 | THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

6

7 | By:  /s/ Michael W. Chen               Date: March 25, 2010
       Michael W. Chen, Esq.
8      Attorney for Secured Creditor
       JPMORGAN CHASE BANK, N.A., AKA CHASE AUTO FINANCE CORP. ITS
9      ASSIGNEES AND/OR SUCCESSORS IN INTEREST

10 | By:  SEE ATTACHED          Date:
        William A. Leonard
11      Chapter 7 Trustee

-2-

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

__X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    William A. Leonard—Failed To Respond

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I declare under penalty and perjury that the forgoing is true and correct.

                            _____/s/ Max Erwin_____
                            An employee of The Cooper Castle Law Firm

- 1 -